UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

| | |
|---|---|
| DAVID JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAXTON MASONRY, INC., et al.,<br><br>　　　　　Defendants. | Case No.  18-cv-07109-SVK<br><br>**ORDER TERMINATING DEFENDANT'S MOTION TO DISMISS AS MOOT AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 12 |

On January 31, 2019, Defendant Haxton Masonry, Inc. moved to dismiss Plaintiff David Jimenez's complaint.  ECF 12.  In response, Plaintiff has filed an amended complaint.  ECF 24. Accordingly, the Court **TERMINATES** Defendant's pending motion to dismiss as moot.

The Court further **ORDERS** that the April 2, 2019 initial case management conference be continued to **April 9, 2019 at 9:30 a.m.**  The Parties are to submit a joint case management statement by **April 2, 2019**.

　　　**SO ORDERED.**


Dated: March 13, 2019


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge