Conor Granahan (SBN 240756)
GRANAHAN LAW, P.C.
conor@conorgranahanlaw.com
Law Chambers Building
345 Franklin Street
San Francisco, California 94102
Telephone: (415) 830-3325
Facsimile: (415) 504-1957

Attorneys for Plaintiff DAVID JIMENEZ
on behalf of himself, and all others similarly situated,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JIMENEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>HAXTON MASONRY, INC; and DOES 1-1.00,<br><br>Defendant. | Case No. 5:18-cv-07109-SVK<br><br>**REQUEST OF COUNSEL FOR PLAINTIFF FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>Date: July 9, 2019<br>Time: 9:30 am<br>Judge: Hon. Susan van Keulen<br>Courtroom: 6<br><br>Complaint Filed: November 21, 2018 |

TO THE COURT IN THE ABOVE ENTITLED MATTER:

Attorney Conor Granahan, representing Plaintiff and all others similarly situated, respectfully requests leave to appear telephonically via CourtCall at the Case Management Conference scheduled for July 9, 2019 at 9:30 AM.

Counsel for Defendant will already be appearing via CourtCall.

Dated: July 8, 2019

                          */s/ Conor Granahan*
                          CONOR GRANAHAN
                          GRANAHAN LAW, P.C.
                          Attorney for Plaintiff
                          DAVID JIMENEZ

## [PROPOSED] ORDER

Before the Court is Counsel for Plaintiff's request to appear via CourtCall in the above captioned matter. IT IS HEREBY ORDERED that the request is GRANTED

Dated: July 8, 2019

*[signature: Susan van Keulen]*

HONORABLE SUSAN VAN KEULEN
U.S. District Court Judge