UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HAXTON MASONRY, INC.,<br><br>　　　　　Defendant. | Case No. 18-cv-07109-SVK<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER REGARDING PRETRIAL SCHEDULE** |

On June 5, 2020, the Court granted Defendant Haxton Masonry, Inc.'s motion for partial summary judgment. Dkt. 69. The amended case management order (Dkt. 55) does not address the remainder of the pretrial schedule. Accordingly, the Court ORDERS the parties to meet and confer regarding a briefing schedule for Plaintiff's motion for class certification. In addition, the parties are ORDERED to meet and confer regarding a date for a further, formal mediation session. By **June 17, 2020**, the parties must submit (1) a proposed briefing schedule for the class certification motion and (2) the name of the mediator and a proposed date for completion of a second mediation session.

　　　　**SO ORDERED.**

Dated: June 8, 2020

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge