UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JIMENEZ,<br>        Plaintiff,<br>v.<br>HAXTON MASONRY, INC.,<br>        Defendant. | Case No. 18-cv-07109-SVK<br><br>**ORDER REGARDING JOINT PROPOSED NOTICE**<br><br>Re: Dkt. No. 89 |

The Court finds that the proposed class notice (Dkt. 89-1) provides appropriate notice of the certified class claim and FLSA collective action in this matter. It is hereby approved.

**SO ORDERED.**

Dated: March 19, 2021

*Susan van Keulen*

SUSAN VAN KEULEN
United States Magistrate Judge